An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN MICHAEL COX,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62883

**FILED**

MAY 2 3 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a proper person appeal from an order denying a "motion to reconsider—early release/commutation of life sentence." Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to reconsider, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990); *Phelps v. State*, 111 Nev. 1021, 1022, 900 P.2d 344, 345 (1995). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-15269

cc: Hon. Elissa F. Cadish, District Judge
Steven Michael Cox
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk